**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Yusmany Santiesteban Acosta,<br>Petitioner,<br>v.<br>Unknown Party, et al.,<br>Respondents. | No. CV-26-00867-PHX-SHD (CDB)<br><br>**ORDER** |

Petitioner, a native and citizen of Cuba, filed an amended § 2241 petition on March 10, 2026, while detained at the Central Arizona Florence Correctional Complex (Doc. 18). Respondents answered the amended petition on April 23 2026, asserting Petitioner was not entitled to relief. (Doc. 39). As of the date of this order, the Department of Homeland Security's Immigration and Customs Enforcement Online Detainee Locator System returns "zero (0) matching records" for an individual with Petitioner's A number and a birth country of Cuba. Accordingly,

**IT IS ORDERED that** Respondents shall have until **September 11, 2026**, to file notice advising whether Petitioner is detained by the Department of Homeland Security within the United States, or Petitioner has been removed from the United States or released from detention and the petition is therefore moot.

Dated this 4th day of September, 2026.

Honorable Sharad H. Desai
United States District Judge